Carolina Internet, Ltd.
1960 Cross Beam Drive, Suite 100
Charlotte, NC 28217


Richard M. Mitchell
Mitchell & Culp PLLC
1001 Morehead Square Drive, Ste. 330
Charlotte, NC 28203


Airtight
3515 Monroe Road
Charlotte, NC 28205


B & B Associates
10305 Glenmeade Rd.
Cornelius, NC 28031


NC Dept. of Revenue
P.O. Box 1168
Raleigh, NC 27602-1168


BB & Equipment Finance
5130 Parkway Plaza Blvd.
Charlotte, NC 28217


BB & T Equipment Finance
2713 Forest Hills Rd
Wilson, NC 27893


Carolina Internet 401K Plan
W510448
P.O. Box 7777
Philadelphia, PA 19175-0448


Caronet Managed Hosting, Inc.
1960 Cross Beam Dr., Ste. 600
Charlotte, NC 28217

CAT Financial Services Corp.
2120 West End Avenue
P.O. Box 340001
Nashville, TN 37203


Caterpiller Equipment
9000 Statesville Rd.
Charlotte, NC 28269


Chuck Jones
301Andrus Drive
Murray, KY 42071


CIT Technology Financing Serv
10201 Centurion Parkway N
St. 100
Jacksonville, FL 32256


City County Tax Coll.
Collection Division
P.O. Box 31637
Charlotte, NC 28281


Cogent Communications, Inc.
P.O. Box 791087
Baltimore, MD 21279-1087


CSC Leasing
6806 Paragon Pl.
Suite 170
Richmond, VA 23230


Data Sales Lease Co.
3450 W. Burnsville Parkway
Burnsville, MN 55337


David Verlen
48 Beach Lane
Westhampton Beach, NY 11978

Dell Financial Service
Payment Processing Center
P.O. Box 6549
Carol Stream, IL 60197-6549


Dell Finanical Services
12234 N IH-35, Bldg. B
Austin, TX 78753


Dialup USA, Inc.
Accounts Receivable
4720 200th Street
Lynnwood, WA 98036


Diamond Springs
P.O. Box 667887
Charlotte, NC 28266-7887


Dukenet Communications, LLC
ST29B
400 South Tryon
Charlotte, NC 28285


Employment Security Comm
P.O. Box 26504
Tax Department
Raleigh, NC 27611


Eplan Services, Inc.
W510448
P.O. Box 7777
Philadelphia, PA 19175-0448


Essex Bank
9951 Brook Rd. Glen
Allen, VA 23060


Excel Electrical Technologies
7168 Weddington Rd.
Suite 124
Concord, NC 28027

```
Fairview Plaza Ltd. Partnership
c/o Brandon C. Fernald
Kennedy, Covington
100 N. Tryon St., St. 4200
Charlotte, NC 28202


First Unoin Commercial Corp
111 Old Eagle School Rd.
Wayne, PA 19087



Frank Horan
1960 Cross Beam Dr.
Suite 100
Charlotte, NC 28217


Gregory T. Owens
501 McDonald Avenue
Charlotte, NC 28203



Hard Data, Ltd.
c/o James P. Laurie, III
8311 Six Forks Rd., Ste. 111
Raleigh, NC 27615


I.R.S.
P.O. Box 21126
Philadelphia, PA 19114



Incontact
Payment Center #5450
P.O. Box 410468
Salt Lake City, UT 84141


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114-0326



Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114-0326
```

Irwin Commercial Finance
EQA 2003 Irwin Portfolio
P.O. Box 6214
Indianapolis, IN 46206


Irwin Commercial Finance
330 120th Ave., NE, Ste. 110
Bellevue, WA 98005


John Hancock Insurance Co.
P.O. Box 7247-0274
Philadelphia, PA 19170-0274


Key Equipment Finance, Inc.
600 Travis St., 14th Fl
Houston, TX 77002


Level 3 Communications, LLC
Dept. 182
Denver, CO 80291-0182


Levine Sullivan Koch & Schultz
1888 Sherman St.
Suite 370
Denver, CO 80203


Mecklenburg County Tax Coll.
P.O. Box 32247
Charlotte, NC 28232-2247


Michael White
1960 Cross Beam Drive, Ste 100
Charlotte, NC 28217


Morgan Miskell
1960 Cross Beam Dr., Ste. 100
Charlotte, NC 28217

NC Dept. of Revenue
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168


NFS Lease
900 Cummings Center
Suite 309-V
Berverly, MA 01915


Nitel
Department 4929
Carol Stream, IL 60122-4929


Paragon Commercial Bank
6806 Paragon Place, Ste. 100
Richmond, VA 23230


Pesta Finnie & Associates, LLP
6826 Morrison Blvd.
Charlotte, NC 28211


Purser Oil Co.
P.O. Box 790585
Charlotte, NC 28206


Robinson Bradshaw & Hinson, PA
101 N. Tryon St.
Suite 1900
Charlotte, NC 28246


Ron Miller
4951 Bonita Bay Blvd.
#1902
Bonita Springs, FL 34134


Sealand Disposal
1708 N. Caldwell St.
Charlotte, NC 28206

Sona Bank
550 Broadview Ave. #LL
Warrenton, VA 20186


Stuart Bain
224 N. Washington St.
East Prairie, MO 63845


Sunbelt  Rentals, Inc.
P.O. Box 409211
Atlanta, GA 30384-9211


TCF Equipment Finance
11100 WAYZATA Blvd.
Suite 801
Minnetonka, MN 55305


TCF Equipment Finance, Inc.
11100 Wayzata Blvd., Ste. 801
Minnetonka, MN 55305


Telephonet Corp
P.O. Box 18000
Baltimore, MD 21220-0100


The Chagaris Law Firm
P.O. Box 1408
Davidson< NC 28036


Time Warner Cable
P.O. Box 70872
Charlotte, NC 28272-0872


Transmerica  Occidental Life Ins.
P.O. Box 740559
Atlanta, GA 30374-0559

TW Telecom Holdings
P.O. Box 172567
Denver, CO 80217-2567

United Healthcare Ins. Co.
Dept. Ch 10151
Palatine, IL 60055-0151

US Attorney's Office
227 W. Trade St.
17th Floor
Charlotte, NC 28202

US Bancorp
1310 Madrid St., Ste. 105
Marshall, MN 56258

US Bank Lease
1310 Madrid St.
Suite 101
Marshall, MN 56258

US Bankruptcy Adm.
402 W. Trade Street
Room 200
Charlotte, NC 28202-1669

US Express Leasing, Inc.
10 Waterview Blvd.
Parsippany, NJ 07054

VA Resources, Inc.
2330 Interstate 30
Mesquite, TX 75150

Var Leasing
7808 Creekridge Circle
Suite 250
Edina, MN 55439

Wachovia Bank
Commercial Loan Service
P.O. Box 740502
Atlanta, GA 30374-0502


Wachovia Bank, NA
CLS Collateral Serv Dept. NC
6375 P.O. Box 2705
Winston Salem, NC 27199-8182


Wachovia Financial Services, Inc.
1111 Old Eagle School Rd.
Wayne, PA 19087


Wells Fargo Equipment
381 E Broadway, Suite 200
Salt Lake City, UT 28217


Wells Fargo Equipment Finance
381 E Broadway, Ste. 200
Salt Lake City, UT 28217


Wells Fargo Equipment Finance
733 Marquette Avenue
St. 700
Minneapolis, MN 55402


Wells Fargo Financial Leasing
800 Walnut St., F4031-040
Des Moines, IA 50309


Wells Fargo Visa
P.O. Box 63020
San Francisco, CA 94163


Windstream
1720 Galleria Blvd.
Charlotte, NC 28270

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

In re:    **Carolina Internet, Ltd.**

Case No. _____

<u>Debtor</u>

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors,  consisting of **9** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:    **9/23/2011**

Signed: **s/ Morgan Miskell**
**Morgan Miskell**

Signed: _____
**Richard M. Mitchell**
Attorney for Debtor(s)
Bar no.:    **3034**
**Mitchell & Culp PLLC**
**1001 Morehead Square Drive, Ste. 330**
**Charlotte, NC 28203**
Telephone No.:    **(704) 333-0630**
Fax No.:    **(704) 333-4975**
E-mail address:

| United States Bankruptcy Court<br>Western District of North Carolina<br>Charlotte Division | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Carolina Internet, Ltd.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **56-1948406** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**1960 Cross Beam Drive, Suite 100**<br>**Charlotte, NC**<br>ZIP CODE **28217** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Mecklenburg** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**1960 Cross Beam Drive, Suite 100**<br>**Charlotte, NC**<br>ZIP CODE **28217** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**Charlotte, NC** | ZIP CODE **28217** |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box.) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."    ☑ Debts are primarily business debts.

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>**Check all applicable boxes**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☑ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☑ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | **Name of Debtor(s)** |
|---|---|
| *(This page must be completed and filed in every case)* | **Carolina Internet, Ltd.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X **Not Applicable** _____ Signature of Attorney for Debtor(s)        Date |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ☑ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** (Check any applicable box) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐ There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District. |
| ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** (Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following). |
| _____ (Name of landlord that obtained judgment) _____ (Address of landlord) |
| ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s)<br>**Carolina Internet, Ltd.** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **Not Applicable**<br>   Signature of Debtor<br><br>X **Not Applicable**<br>   Signature of Joint Debtor<br><br>   Telephone Number (If not represented by attorney)<br><br>   Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐   I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.<br><br>☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X **Not Applicable**<br>   (Signature of Foreign Representative)<br><br>   (Printed Name of Foreign Representative)<br><br>   Date |

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X<br>   Signature of Attorney for Debtor(s)<br><br>**Richard M. Mitchell  Bar No.  3034**<br>Printed Name of Attorney for Debtor(s) / Bar No.<br><br>**Mitchell & Culp PLLC**<br>Firm Name<br><br>**1001 Morehead Square Drive, Ste. 330 Charlotte, NC 28203**<br>Address<br><br>**(704) 333-0630**     **(704) 333-4975**<br>Telephone Number<br><br>**9/23/2011**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>**Not Applicable**<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>Address<br><br>X **Not Applicable** |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **s/ Morgan Miskell**<br>   Signature of Authorized Individual<br><br>**Morgan Miskell**<br>Printed Name of Authorized Individual<br><br>**Secretary**<br>Title of Authorized Individual<br><br>**9/23/2011**<br>Date | Date<br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

B4 (Official Form 4) (12/07)

**United States Bankruptcy Court**

**Western District of North Carolina**

**Charlotte Division**

In re  **Carolina Internet, Ltd.** _____ ,   Case No. _____

Debtor

Chapter   **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| TW Telecom Holdings<br>P.O. Box 172567<br>Denver, CO 80217-2567 | Account Receivable<br>800-263-3002<br>TW Telecom Holdings<br>P.O. Box 172567<br>Denver, CO 80217-2567 | Trade | | $3,222,207.72 |
| Excel Electrical Technologies<br>7168 Weddington Rd.<br>Suite 124<br>Concord, NC 28027 | | | | $193,616.01 |
| Caterpiller Equipment<br>9000 Statesville Rd.<br>Charlotte, NC 28269 | Account Receivable<br>866-228-5664<br>Caterpiller Equipment<br>9000 Statesville Rd.<br>Charlotte, NC 28269 | Trade | | $138,770.00 |
| Caronet Managed Hosting, Inc.<br>1960 Cross Beam Dr., Ste. 600<br>Charlotte, NC 28217 | Account Receivable<br><br>Caronet Manage Hosting, Inc.<br>1960 Cross Beam Dr., Ste. 600<br>Charlotte, NC 28217 | Trade | | $167,874.71 |
| Level 3 Communications, LLC<br>Dept. 182<br>Denver, CO 80291-0182 | Account Receivable<br>877-253-8353<br>Level 3 Communications, LLC<br>Dept. 182<br>Denver, CO 80291-0182 | Trade | | $153,852.86 |
| Wells Fargo Visa<br>P.O. Box 63020<br>San Francisco, CA 94163 | Account Receivable<br><br>Wells Fargo Visa<br>P.O. Box 63020<br>San Francisco, CA 94163 | Credit line | | $75,000.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re  **Carolina Internet, Ltd.** _____ , Case No. _____

_____ Debtor _____  Chapter  **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5) *Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **Time Warner Cable**<br>**P.O. Box 70872**<br>**Charlotte, NC 28272-0872** | **Account Receivable**<br>**877-892-2220**<br>**Time Warner Cable**<br>**P.O. Box 70872**<br>**Charlotte, NC 28272-0872** | **Trade** | | **$130,527.41** |
| **Cogent Communications, Inc.**<br>**P.O. Box 791087**<br>**Baltimore, MD 21279-1087** | **Account Receivable**<br>**877-726-4368**<br>**Cogent Communications, Inc.**<br>**P.O. Box 791087**<br>**Baltimore, MD 21279-1087** | **Trade** | | **$120,000.00** |
| **Dukenet Communications, LLC**<br>**ST29B**<br>**400 South Tryon**<br>**Charlotte, NC 28285** | **Account Receivable**<br>**704-382-1044**<br>**Dukenet Communications, LLC**<br>**ST29B**<br>**400 South Tryon**<br>**Charlotte, NC 28285** | **Trade** | | **$44,780.44** |
| **Internal Revenue Service**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114-0326** | | **Tax** | | **$87,676.00** |
| **Stuart Bain**<br>**224 N. Washington St.**<br>**East Prairie, MO 63845** | | **Trade** | | **$40,006.00** |
| **Levine Sullivan Koch & Schultz**<br>**1888 Sherman St.**<br>**Suite 370**<br>**Denver, CO 80203** | **Account Receivable**<br>**303-376-2400**<br>**Levine Sullivan Koch & Schultz**<br>**1888 Sherman St.**<br>**Suite 370**<br>**Denver, CO 80203** | **Professional Services** | | **$32,543.00** |

B4 (Official Form 4) (12/07)4 -Cont.

In re  **Carolina Internet, Ltd.**                                              ,  Case No. _____
                                    Debtor                    Chapter  __11__

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **United Healthcare Ins. Co.**<br>**Dept. Ch 10151**<br>**Palatine, IL 60055-0151** | **Account Receivable**<br>**888-842-4571**<br>**United Healthcare Ins. Co.**<br>**Dept. Ch 10151**<br>**Palatine, IL 60055-0151** | | | **$20,170.44** |
| **Ron Miller**<br>**4951 Bonita Bay Blvd.**<br>**#1902**<br>**Bonita Springs, FL 34134** | | **Trade** | | **$18,134.00** |
| **The Chagaris Law Firm**<br>**P.O. Box 1408**<br>**Davidson< NC 28036** | | **Professional Service** | | **$13,942.50** |
| **Carolina Internet 401K Plan**<br>**W510448**<br>**P.O. Box 7777**<br>**Philadelphia, PA 19175-0448** | | | | **$13,417.59** |
| **Robinson Bradshaw & Hinson, PA**<br>**101 N. Tryon St.**<br>**Suite 1900**<br>**Charlotte, NC 28246** | **Account Receivables**<br>**704-377-8354**<br>**Robinson Bradshaw & Hinson, PA**<br>**101 N. Tryon St.**<br>**Suite 1900**<br>**Charlotte, NC 28246** | **Professional Services** | | **$16,457.69** |
| **Airtight**<br>**3515 Monroe Road**<br>**Charlotte, NC 28205** | **Account Receivable**<br>**704-377-3886**<br>**Airtight**<br>**3515 Monroe Road**<br>**Charlotte, NC 28205** | **Trade** | | **$10,086.47** |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Carolina Internet, Ltd.**                                    , Case No. _____

                                    Debtor                      Chapter   **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Telephonet Corp**<br>**P.O. Box 18000**<br>**Baltimore, MD 21220-0100** | **Account Receivable**<br>**410-427-9000**<br>**Telephone Corp**<br>**P.O. Box 18000**<br>**Baltimore, MD 21220-0100** | **Trade** | | **$9,469.50** |
| **Purser Oil Co.**<br>**P.O. Box 790585**<br>**Charlotte, NC 28206** | **Account Receivable**<br>**800-288-6457**<br>**Purser Oil Co.**<br>**P.O. Box 790585**<br>**Charlotte, NC 28206** | **Trade** | | **$5.357.48** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Morgan Miskell, Secretary of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date: **9/23/2011** _____        Signature:   **s/ Morgan Miskell** _____


                                    **Morgan Miskell ,Secretary** _____
                                    (Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

B6F (Official Form 6F) (12/07)

In re  **Carolina Internet, Ltd.**                                    Case No. _____
 _____
                          **Debtor**                                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Airtight**<br>**3515 Monroe Road**<br>**Charlotte, NC 28205** | | | | | | | **10,086.47** |
| ACCOUNT NO.<br>**B & B Associates**<br>**10305 Glenmeade Rd.**<br>**Cornelius, NC 28031** | | | | | | | **2,111.83** |
| ACCOUNT NO.<br>**BB & Equipment Finance**<br>**5130 Parkway Plaza Blvd.**<br>**Charlotte, NC 28217** | | | **UCC** | | | | **NPO** |
| ACCOUNT NO.    **....3000**<br>**BB & T Equipment Finance**<br>**2713 Forest Hills Rd**<br>**Wilson, NC 27893** | | | | | | | **28,286.00** |
| ACCOUNT NO.<br>**Carolina Internet 401K Plan**<br>**W510448**<br>**P.O. Box 7777**<br>**Philadelphia, PA 19175-0448** | | | | | | | **13,417.59** |

      <u>15</u>   Continuation sheets attached

                                                                Subtotal  ➤  $        **53,901.89**

                                                                Total  ➤  $

                              **(Use only on last page of the completed Schedule F.)**
                      **(Report also on Summary of Schedules and, if applicable on the Statistical**
                            **Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Carolina Internet, Ltd.**                                      Case No. _____
                    _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **Caronet Managed Hosting, Inc. 1960 Cross Beam Dr., Ste. 600 Charlotte, NC 28217** | | | | | | | 167,874.71 |
| ACCOUNT NO.   **....3000**  **CAT Financial Services Corp. 2120 West End Avenue P.O. Box 340001 Nashville, TN 37203** | | | | | | | 176,778.00 |
| ACCOUNT NO.  **Caterpiller Equipment 9000 Statesville Rd. Charlotte, NC 28269** | | | | | | | 138,770.00 |
| ACCOUNT NO.  **Chuck Jones 301Andrus Drive Murray, KY 42071** | | | **Insider** | | | | 4,375.00 |
| ACCOUNT NO.  **CIT Technology Financing Serv 10201 Centurion Parkway N St. 100 Jacksonville, FL 32256** | | | **UCC** | | | | NPO |

Sheet no. _1_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ⊳ $ **487,797.71**

Total  ⊳ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Carolina Internet, Ltd.**                                      Case No. _____
                        Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  ....0001 <br><br> Cogent Communications, Inc. <br> P.O. Box 791087 <br> Baltimore, MD 21279-1087 | | | | | | | 120,000.00 |
| ACCOUNT NO.  ....0099 <br><br> CSC Leasing <br> 6806 Paragon Pl. <br> Suite 170 <br> Richmond, VA 23230 | | | | | | | 781,641.00 |
| ACCOUNT NO.  ....0063 <br><br> Data Sales Lease Co. <br> 3450 W. Burnsville Parkway <br> Burnsville, MN 55337 | | | | | | | 1,424,988.00 |
| ACCOUNT NO. <br><br> David Verlen <br> 48 Beach Lane <br> Westhampton Beach, NY 11978 | | | | | | | 1,665,304.00 |
| ACCOUNT NO.  ....6000 <br><br> Dell Financial Service <br> Payment Processing Center <br> P.O. Box 6549 <br> Carol Stream, IL 60197-6549 | | | | | | | 266,691.00 |

Sheet no.  2 of 15 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $    **4,258,624.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   __Carolina Internet, Ltd._____   Case No. _____
                            Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | UCC | | | | **NPO** |
| **Dell Finanical Services** **12234 N IH-35, Bldg. B** **Austin, TX 78753** | | | | | | | |
| ACCOUNT NO. | | | | | | | **500.00** |
| **Dialup USA, Inc.** **Accounts Receivable** **4720 200th Street** **Lynnwood, WA 98036** | | | | | | | |
| ACCOUNT NO.   **....1000** | | | | | | | **232.14** |
| **Diamond Springs** **P.O. Box 667887** **Charlotte, NC 28266-7887** | | | | | | | |
| ACCOUNT NO. | | | | | | | **44,780.44** |
| **Dukenet Communications, LLC** **ST29B** **400 South Tryon** **Charlotte, NC 28285** | | | | | | | |
| ACCOUNT NO.   **....4229** | | | | | | | **12.83** |
| **Employment Security Comm** **P.O. Box 26504** **Tax Department** **Raleigh, NC 27611** | | | | | | | |

Sheet no. _3_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **45,525.41**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  __Carolina Internet, Ltd._____   Case No. _____
                                    Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ....9811 <br><br> **Eplan Services, Inc.** <br> **W510448** <br> **P.O. Box 7777** <br> **Philadelphia, PA 19175-0448** | | | | | | | **250.00** |
| ACCOUNT NO. <br><br> **Essex Bank** <br> **9951 Brook Rd. Glen** <br> **Allen, VA 23060** | | | **UCC** | | | | **NPO** |
| ACCOUNT NO. <br><br> **Excel Electrical Technologies** <br> **7168 Weddington Rd.** <br> **Suite 124** <br> **Concord, NC 28027** | | | | | | | **193,616.01** |
| ACCOUNT NO. <br><br> **Fairview Plaza Ltd. Partnership** <br> **c/o Brandon C. Fernald** <br> **Kennedy, Covington** <br> **100 N. Tryon St., St. 4200** <br> **Charlotte, NC 28202** | | | | | | | **NPO** |
| ACCOUNT NO. <br><br> **First Unoin Commercial Corp** <br> **111 Old Eagle School Rd.** <br> **Wayne, PA 19087** | | | **UCC** | | | | **NPO** |

Sheet no. _4_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **193,866.01**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Carolina Internet, Ltd.** _____     Case No. _____

Debtor                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Frank Horan<br>1960 Cross Beam Dr.<br>Suite 100<br>Charlotte, NC 28217 | | | Insider | | | | 74,700.00 |
| ACCOUNT NO.<br><br>Gregory T. Owens<br>501 McDonald Avenue<br>Charlotte, NC 28203 | | | | | | | 114.00 |
| ACCOUNT NO.<br><br>Hard Data, Ltd.<br>c/o James P. Laurie, III<br>8311 Six Forks Rd., Ste. 111<br>Raleigh, NC 27615 | | | | | | | NPO |
| ACCOUNT NO.<br><br>Incontact<br>Payment Center #5450<br>P.O. Box 410468<br>Salt Lake City, UT 84141 | | | | | | | 4.08 |
| ACCOUNT NO.<br><br>Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114-0326 | | | Garnishment | | | | 1,151.82 |

Sheet no. _5_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **75,969.90**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Carolina Internet, Ltd.**                          Case No. _____
                          **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Internal Revenue Service**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114-0326** | | | **Payroll** | | | | **87,676.00** |
| ACCOUNT NO.<br><br>**Irwin Commercial Finance**<br>**330 120th Ave., NE, Ste. 110**<br>**Bellevue, WA 98005** | | | **UCC** | | | | **NPO** |
| ACCOUNT NO.    **....1704**<br><br>**Irwin Commercial Finance**<br>**EQA 2003 Irwin Portfolio**<br>**P.O. Box 6214**<br>**Indianapolis, IN 46206** | | | | | | | **1,697.47** |
| ACCOUNT NO.    **....2398**<br><br>**Irwin Commercial Finance**<br>**EQA 2003 Irwin Portfolio**<br>**P.O. Box 6214**<br>**Indianapolis, IN 46206** | | | | | | | **455.04** |
| ACCOUNT NO.    **....8936**<br><br>**John Hancock Insurance Co.**<br>**P.O. Box 7247-0274**<br>**Philadelphia, PA 19170-0274** | | | | | | | **169.68** |

Sheet no.  6 of 15 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                **89,998.19**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Carolina Internet, Ltd.**
_____
Debtor

Case No. _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Key Equipment Finance, Inc.**<br>**600 Travis St., 14th Fl**<br>**Houston, TX 77002** | | | **UCC** | | | | **NPO** |
| ACCOUNT NO.    **....4966**<br><br>**Level 3 Communications, LLC**<br>**Dept. 182**<br>**Denver, CO 80291-0182** | | | | | | | **153,852.86** |
| ACCOUNT NO.<br><br>**Levine Sullivan Koch & Schultz**<br>**1888 Sherman St.**<br>**Suite 370**<br>**Denver, CO 80203** | | | | | | | **32,543.00** |
| ACCOUNT NO.    **....6847**<br><br>**Mecklenburg County Tax Coll.**<br>**P.O. Box 32247**<br>**Charlotte, NC 28232-2247** | | | | | | | **801.98** |
| ACCOUNT NO.<br><br>**Michael White**<br>**1960 Cross Beam Drive, Ste 100**<br>**Charlotte, NC 28217** | | | **Insider** | | | | **46,726.00** |

Sheet no.  7 of 15 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $    **233,923.84**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Carolina Internet, Ltd.**                                                          Case No. _____

                                  **Debtor**                                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Morgan Miskell** 1960 Cross Beam Dr., Ste. 100 Charlotte, NC 28217 | | | Insider | | | | **82,250.00** |
| ACCOUNT NO. **NC Dept. of Revenue** P.O. Box 1168 Raleigh, NC 27602-1168 | | | Payroll | | | | **3,774.91** |
| ACCOUNT NO. **NC Dept. of Revenue** P.O. Box 1168 Raleigh, NC 27602-1168 | | | Garnishment | | | | **1,653.76** |
| ACCOUNT NO. **....1704** **NFS Lease** 900 Cummings Center Suite 309-V Berverly, MA 01915 | | | | | | | **15,053.00** |
| ACCOUNT NO. **....2002** **Nitel** Department 4929 Carol Stream, IL 60122-4929 | | | | | | | **5,289.62** |

Sheet no. _8_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                **108,021.29**

Total ➤ $
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  <u>Carolina Internet, Ltd.</u>                                    Case No. _____
                                    **Debtor**                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Paragon Commercial Bank** <br> **6806 Paragon Place, Ste. 100** <br> **Richmond, VA 23230** | | | **UCC** | | | | **NPO** |
| ACCOUNT NO. <br><br> **Pesta Finnie & Associates, LLP** <br> **6826 Morrison Blvd.** <br> **Charlotte, NC 28211** | | | | | | | **2,200.00** |
| ACCOUNT NO.   **....4545** <br><br> **Purser Oil Co.** <br> **P.O. Box 790585** <br> **Charlotte, NC 28206** | | | | | | | **5,357.48** |
| ACCOUNT NO.   **....0011** <br><br> **Robinson Bradshaw & Hinson, PA** <br> **101 N. Tryon St.** <br> **Suite 1900** <br> **Charlotte, NC 28246** | | | | | | | **16,457.69** |
| ACCOUNT NO. <br><br> **Ron Miller** <br> **4951 Bonita Bay Blvd.** <br> **#1902** <br> **Bonita Springs, FL 34134** | | | | | | | **18,134.00** |

Sheet no.  9 of 15 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $                    **42,149.17**

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Carolina Internet, Ltd.**                                   Case No. _____
                        Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.                                 | | | | | | | 378.00 |
| **Sealand Disposal** 1708 N. Caldwell St. Charlotte, NC 28206 | | | | | | | |
| ACCOUNT NO.                                 | | | UCC | | | | NPO |
| **Sona Bank** 550 Broadview Ave. #LL Warrenton, VA 20186 | | | | | | | |
| ACCOUNT NO.                                 | | | | | | | 40,006.00 |
| **Stuart Bain** 224 N. Washington St. East Prairie, MO 63845 | | | | | | | |
| ACCOUNT NO.    ....2423                     | | | | | | | 123.28 |
| **Sunbelt  Rentals, Inc.** P.O. Box 409211 Atlanta, GA 30384-9211 | | | | | | | |
| ACCOUNT NO.    ....3301                     | | | | | | | 9,500.27 |
| **TCF Equipment Finance** 11100 WAYZATA Blvd. Suite 801 Minnetonka, MN 55305 | | | | | | | |

Sheet no. _10_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▷ $        50,007.55

Total ▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  __Carolina Internet, Ltd._____    Case No. _____
                                    Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   ....3302 | | | | | | | |
| TCF Equipment Finance 11100 WAYZATA Blvd. Suite 801 Minnetonka, MN 55305 | | | | | | | 12,536.84 |
| ACCOUNT NO. | | | UCC | | | | NPO |
| TCF Equipment Finance, Inc. 11100 Wayzata Blvd., Ste. 801 Minnetonka, MN 55305 | | | | | | | |
| ACCOUNT NO. | | | | | | | 9,469.50 |
| Telephonet Corp P.O. Box 18000 Baltimore, MD 21220-0100 | | | | | | | |
| ACCOUNT NO. | | | | | | | 13,942.50 |
| The Chagaris Law Firm P.O. Box 1408 Davidson< NC 28036 | | | | | | | |
| ACCOUNT NO.   ....1001 | | | | | | | 130,527.41 |
| Time Warner Cable P.O. Box 70872 Charlotte, NC 28272-0872 | | | | | | | |

Sheet no. _11_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $      166,476.25

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Carolina Internet, Ltd.**                          Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Transmerica  Occidental Life Ins.**<br>**P.O. Box 740559**<br>**Atlanta, GA 30374-0559** | | | | | | | **759.15** |
| ACCOUNT NO.    **....7767**<br><br>**TW Telecom Holdings**<br>**P.O. Box 172567**<br>**Denver, CO 80217-2567** | | | | | | | **3,222,207.72** |
| ACCOUNT NO.    **....3338**<br><br>**United Healthcare Ins. Co.**<br>**Dept. Ch 10151**<br>**Palatine, IL 60055-0151** | | | | | | | **20,170.44** |
| ACCOUNT NO.<br><br>**US Bancorp**<br>**1310 Madrid St., Ste. 105**<br>**Marshall, MN 56258** | | | **UCC** | | | | **NPO** |
| ACCOUNT NO.    **....0000**<br><br>**US Bank Lease**<br>**1310 Madrid St.**<br>**Suite 101**<br>**Marshall, MN 56258** | | | | | | | **13,514.68** |

Sheet no.  12 of 15 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤  $ **3,256,651.99**

Total ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  __Carolina Internet, Ltd._____          Case No. _____
                              **Debtor**                                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**US Express Leasing, Inc.**<br>**10 Waterview Blvd.**<br>**Parsippany, NJ 07054** | | | **UCC** | | | | **NPO** |
| ACCOUNT NO.<br><br>**VA Resources, Inc.**<br>**2330 Interstate 30**<br>**Mesquite, TX 75150** | | | **UCC** | | | | **NPO** |
| ACCOUNT NO.   **....1001**<br><br>**Var Leasiing**<br>**7808 Creekridge Circle**<br>**Suite 250**<br>**Edina, MN 55439** | | | | | | | **8,305.13** |
| ACCOUNT NO.   **....9271**<br><br>**Wachovia Bank**<br>**Commercial Loan Service**<br>**P.O. Box 740502**<br>**Atlanta, GA 30374-0502** | | | | | | | **116,930.00** |
| ACCOUNT NO.   **....0535**<br><br>**Wachovia Bank**<br>**Commercial Loan Service**<br>**P.O. Box 740502**<br>**Atlanta, GA 30374-0502** | | | | | | | **100,000.00** |

Sheet no. _13_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $ **225,235.13**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re __Carolina Internet, Ltd._____   Case No. _____
                        Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Wachovia Bank, NA**<br>**CLS Collateral Serv Dept. NC**<br>**6375 P.O. Box 2705**<br>**Winston Salem, NC 27199-8182** | | | **UCC** | | | | **NPO** |
| ACCOUNT NO.<br>**Wachovia Financial Services, Inc.**<br>**1111 Old Eagle School Rd.**<br>**Wayne, PA 19087** | | | **UCC** | | | | **NPO** |
| ACCOUNT NO.   **....7701**<br>**Wells Fargo Equipment**<br>**381 E Broadway, Suite 200**<br>**Salt Lake City, UT 28217** | | | | | | | **58,940.30** |
| ACCOUNT NO.   **....7702**<br>**Wells Fargo Equipment**<br>**381 E Broadway, Suite 200**<br>**Salt Lake City, UT 28217** | | | | | | | **56,819.41** |
| ACCOUNT NO.   **....7700**<br>**Wells Fargo Equipment Finance**<br>**381 E Broadway, Ste. 200**<br>**Salt Lake City, UT 28217** | | | | | | | **70,562.98** |

Sheet no. _14_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $   **186,322.69**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Carolina Internet, Ltd.**                                    Case No. _____

                    Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Wells Fargo Equipment Finance**<br>**733 Marquette Avenue**<br>**St. 700**<br>**Minneapolis, MN 55402** | | | **UCC** | | | | **NPO** |
| ACCOUNT NO.<br><br>**Wells Fargo Financial Leasing**<br>**800 Walnut St., F4031-040**<br>**Des Moines, IA 50309** | | | **UCC** | | | | **NPO** |
| ACCOUNT NO.<br><br>**Wells Fargo Visa**<br>**P.O. Box 63020**<br>**San Francisco, CA 94163** | | | | | | | **75,000.00** |
| ACCOUNT NO.   **....7021; 9274; ....7004**<br><br>**Windstream**<br>**1720 Galleria Blvd.**<br>**Charlotte, NC 28270** | | | | | | | **2,121.22** |

Sheet no. _15_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **77,121.22**

Total ➤ $ **9,551,592.24**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Western District of North Carolina
## Charlotte Division

In re **Carolina Internet, Ltd.**                                    ,        Case No. _____

Debtor

Chapter     **11**  _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 0 | $         0.00 | | |
| B - Personal Property | YES | 0 | $         0.00 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 0 | | $         0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 0 | | $         0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 16 | | $    9,551,592.24 | |
| G - Executory Contracts and Unexpired Leases | YES | 0 | | | |
| H - Codebtors | YES | 0 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 16 | $         0.00 | $    9,551,592.24 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Western District of North Carolina
### Charlotte Division

In re **Carolina Internet, Ltd.**

Debtor

Case No. _____

Chapter   **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount | |
| --- | --- | --- |
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| TOTAL | $ | 0.00 |

**State the following:**

| | | |
| --- | --- | --- |
| Average Income (from Schedule I, Line 16) | $ | 0.00 |
| Average Expenses (from Schedule J, Line 18) | $ | 0.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 0.00 |

**United States Bankruptcy Court**
**Western District of North Carolina**
**Charlotte Division**

In re  **Carolina Internet, Ltd.**

_____
Debtor

Case No. _____

Chapter    **11**   _____

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $  **0.00** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   **0.00** | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $  **0.00** |
| 4. Total from Schedule F | | $   **9,551,592.24** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   **9,551,592.24** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Carolina Internet, Ltd.**                                            Case No.   _____
                    **Debtor**                                                                              (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Morgan Miskell**, the **Secretary** of the **Corporation** named as debtor in this case, declare under penalty of
perjury that I have read the foregoing summary and schedules, consisting of    **17**_____ sheets *(Total shown on summary page plus 1),*
and that they are true and correct to the best of my knowledge, information, and belief.

Date    **9/23/2011**_____        Signature:    **s/ Morgan Miskell**_____
                                                                                **Morgan Miskell Secretary**_____
                                                                                [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*